## HERNANDEZ v. STATE.

No. 26670.

Court of Criminal Appeals of Texas.

Dec. 2, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Driving while intoxicated upon a public highway is the offense, with punishment assessed at a fine of $200 and confinement in jail for sixty days.

The record is before us without a statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.